IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK BARBOSA,

      Plaintiff,                    No. CIV S-06-0223 GEB KJM P

    vs.

PETER KMETO,                      <u>ORDER AND</u>

      Defendant.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed an action for violation of civil rights under 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $3.73 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The defendant identified in plaintiff's complaint is an attorney who represented plaintiff in a criminal matter. There are many problems with plaintiff's complaint. Most notably defendant was never acting under color of state law as is required for relief under 42 U.S.C. § 1983.[1] Because plaintiff's complaint fails to state a claim upon which the court can grant relief, this action should be dismissed. 28 U.S.C. § 1915(e)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $3.73. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

/////

---

[1] Plaintiff seems to suggest that defendant was acting "under color of state law" when he represented plaintiff because defendant's conduct as an attorney is regulated by the State of California. This is not the case. See, e.g., Ouzts v. Maryland Nat. Ins. Co., 470 F.2d. 790, 793 (9th Cir. 1972) ("Merely acting under a state license is not state action within the meaning of [42 U.S.C. § 1983]").

2

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE

6 1
barb0223.frs(2.2.06)

3